UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY BRANCATO                                          JURY TRIAL DEMANDED

v.                                                     CASE NO.  3:11CV

WELTMAN, WEINBERG & REIS CO., L.P.A.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; and the Consumer Collection Agency Act ("CCAA"), Conn. Gen. Stat. § 36a-800 and regulations issued thereunder.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

6. Defendant is a member of ACA International (ACA), a trade association for debt collectors.

7. Defendant is a debt collector within the FDCPA.

8. In November, 2010, Defendant was attempting to collect a personal account owed solely and separately by James Brancato to Discover Bank.

9. Defendant called plaintiff at her place of employment on November 18, 2010, and spoke with her about her husband's account with Discover Bank.

10. Despite her explanation that Discover knew that Mr. Brancato was in a nursing home with dementia, and her explanation that she was not liable on the account, defendant

asked if she could help pay the bill, and mentioned litigation.

11. Defendant is not admitted to practice law in Connecticut.

12. Under Connecticut's more protective collection law, it is unlawful to discuss an account with a nonobligated spouse. Reg. Conn. State Agencies §36a-809-3(d)(2).

13. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or –g as well as the CCAA, § 36a-800 *et seq.* Conn. Gen. Stat.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

> THE PLAINTIFF
>
> BY__/s/ Joanne S. Faulkner__
> JOANNE S. FAULKNER ct04137
> 123 AVON STREET
> NEW HAVEN, CT 06511-2422
> (203) 772-0395
> faulknerlawoffice@snet.net